UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.D.D., a minor, by and through his Guardian Ad Litem, ALEXIA CARO<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., *et al.*,<br><br>Defendants. | Case No. 2:23-cv-02264-JDP<br><br>ORDER SETTING INITIAL SCHEDULING CONFERENCE |

Pursuant to Federal Rule of Civil Procedure 16, it is hereby ORDERED that:

1. An initial scheduling conference is set for November 30, 2023, at 10:00 a.m. The conference will be conducted remotely via Zoom.[1]

2. No later than fourteen days prior to the scheduling conference, the parties shall file status reports that address the following:[2]

   a. the factual and legal contentions set forth in the parties' pleadings, briefly summarized;

   b. possible joinder of additional parties;

   c. expected amendment of pleadings and, if applicable, a proposed deadline for

---

[1] The Zoom invitation will be distributed one week prior to the scheduling conference.
[2] The parties are encouraged to file a joint status report.

1

1 such amendment;

2       d. jurisdiction and venue;

3       e. anticipated motions and their scheduling;

4       f. a proposed discovery plan and its scheduling, including deadlines for

5 exchanging initial disclosures and for disclosing expert witnesses;

6       g. proposed cutoff dates for completing discovery and dispositive motions;[3]

7       h. any proposed changes to the limits on discovery imposed by the Federal Rules

8 of Civil Procedure;

9       i. whether the case is related to any other cases, including any bankruptcy cases;

10       j. whether an early settlement conference should be scheduled at the initial

11 scheduling conference;

12       k. whether counsel will stipulate to the undersigned acting as the settlement judge

13 and waive disqualification from so acting, or whether they prefer to have a different magistrate

14 judge conduct a settlement; and

15       l. any other matters that may add to the just and expeditious disposition of this

16 matter.

17     3. The parties are hereby notified that failure to obey federal or local rules, or any order

18 of this court, "may be grounds for imposition by the Court of any and all sanctions authorized by

19 statute or Rule or within the inherent power of the Court," including dismissal.  E.D. Cal. L.R.

20 110.

21     4. Counsel are reminded of their continuing duty to notify chambers immediately of any

22 settlement or other disposition.  *See* E.D. Cal. L.R. 160.

23

24

---

25     [3] The parties are advised that Judge Peterson generally requires that: (1) expert disclosures
26 be completed before the close of fact discovery; (2) all motions to compel discovery be heard
approximately thirty days before the close of discovery; and (3) all dispositive motions be heard
27 within approximately ninety days of the discovery completion date.  A final pretrial conference
will be set after resolution of any dispositive motions or passage of the dispositive motion
28 deadline.  A trial date will be determined at the pretrial conference.

5. Within seven days of the date of this order, the parties shall complete and file the Consent to Assignment or Request for Reassignment form.

IT IS SO ORDERED.

Dated: __October 22, 2023__  

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE