UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.D.D., a minor, by and through his Guardian Ad Litem, Alexia Caro<br><br>Plaintiff,<br><br>v.<br><br>Walmart, Inc., et al.,<br><br>Defendants. | No. 2:23-cv-02264-TLN-JDP<br><br>**ORDER** |

Pursuant to Eastern District of California Local Rule 202(b)(1) and based on the petition for minor's compromise that was approved by Hon. Richard C. Miadich of the Superior Court of California, County of Sacramento on January 31, 2025, and good cause appearing, the Court approves the settlement and minor's compromise. (ECF No. 32 at 4–16.)

It is further ordered that Defendants shall deliver the settlement fund proceeds within 30 days of this Order. Within 30 days of receipt of the settlement funds, Plaintiff shall file a stipulated dismissal requesting that the entire action be dismissed with prejudice.

IT IS SO ORDERED.

DATED:  March 24, 2025

Troy L. Nunley
Chief United States District Judge

1